IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Alberto Da Costa Bachi Codo,

Petitioner,

vs.

Luis Rosa, Jr.,

Respondent.

No. CV-26-03265-PHX-SPL

**ORDER**

Petitioner Alberto Da Costa Bachi Codo has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Honorable Michael T. Morrissey, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 20), recommending that the Court grant the Petition in part. The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and grant the Petition in part. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate

judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Michael T. Morrissey's Report and Recommendation (Doc. 20) is **accepted** and **adopted** by the Court;

2. That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **granted in part**;

3. That Respondent is ordered to provide Petitioner with a bond hearing within **seven (7) business days** of entry of judgment;

4. That Respondent shall file a notice of compliance within **three (3) days** of providing Petitioner a hearing;

5. That any remaining motions are **denied as moot** (Docs. 19, 21, and 22); and

6. That the Clerk of Court shall **terminate** this action.

Dated this 3rd day of November, 2026.

Honorable Steven P. Logan
United States District Judge